UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEREATHER EDGE-WILSON, | Case No. 18-cv-03302-PJH |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

The issues having been duly heard and the court having granted defendant's motion to dismiss the complaint with prejudice,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 7, 2018

_____

PHYLLIS J. HAMILTON
United States District Judge